IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAMIEN C. LING,

    Petitioner,

v.                                                         4:20cv362–WS/HTC

MARK S. INCH,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 15) docketed April 12, 2021. The magistrate judge recommends that the petitioner's petition for writ of habeas corpus (ECF No. 1) be dismissed as untimely. The petitioner has filed no objections to the report and recommendation.

Having reviewed the record, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 15) is hereby ADOPTED and incorporated by reference into this order.

2. The respondent's motion to dismiss (ECF No. 13) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED as untimely.

4. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is dismissed."

5. A certificate of appealability is DENIED.

6. Leave to appeal in forma pauperis is DENIED.

DONE AND ORDERED this __20th__ day of __May__, 2021.

s/ William Stafford  
WILLIAM STAFFORD  
SENIOR UNITED STATES DISTRICT JUDGE